**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No.: 1:23-cv-1503 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Doc. 9) |

Nathaniel Caetano seeks to proceed *in forma pauperis* in this action, which seeks to impose liability for violations of his civil rights. (Docs. 1, 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge found Plaintiff is subject to the three-strikes bar of 28 U.S.C. § 1915(g), after identifying the following cases that were dismissed prior to the filing of this action, for failure to state a claim or as frivolous:

1. *Caetano v. Kings County Sheriff, et al.*, 1:22-cv-222-JLT-BAM (E.D. Cal.) (dismissed March 18, 2022, as frivolous and for failure to state a claim);

2. *Caetano v. Kings County Sheriff, et al.*, 1:22-cv-261-JLT-HBK (E.D. Cal.) (dismissed April 28, 2022, as frivolous);

3. *Caetano v. Depository Trust Company, et al.*, 1:22-cv-679-JLT-SKO (E.D. Cal.) (dismissed September 30, 2022, as frivolous and for failure to state a claim);

1

4. *Caetano v. Board of State and Community Corrections, et al.*, 1:22-cv-687-JLT-SKO (E.D. Cal.) (dismissed May 30, 2023, for failure to state a claim); and

5. Caetano v. Internal Revenue Service, et al., 1:22-cv-837-JLT-SAB (E.D. Cal.) (dismissed June 20, 2023, as frivolous and for failure to state a claim).

(Doc. 9 at 2.) The magistrate judge also found Plaintiff fails to show he was in imminent danger of serious physical injury, such that an exception to Section 1915 applies. (*Id.* at 2–4.) Therefore, the magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the $402 filing fee. (*Id.* at 4.)

On November 27, 2023, the Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 9 at 4.) The Court advised him that "failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.* at 4–5, citing Wilkerson v. *Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file any objections to the Findings and Recommendations, and the time to do so expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 27, 2023 (Doc. 9) are **ADOPTED** in full.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff **SHALL** pay the $402 filing fee in full for this action within 30 days of the date of service of this order.

4. **Plaintiff's is advised the failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     **December 21, 2023**

UNITED STATES DISTRICT JUDGE

2