UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | No. 1:23-cv-1503 JLT EPG (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY THE FILING FEE |

On December 21, 2023, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Docs. 9, 11.) Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (Doc. 11 at 2), Plaintiff failed to pay the filing fee. Accordingly, the action cannot proceed before the Court at this time, and the Court **ORDERS**:

1. The action is **DISMISSED** without prejudice for failure to pay the filing fee.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 25, 2024**

UNITED STATES DISTRICT JUDGE

1